IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **Criminal No. 3:11CR017** |
| | ) |
| JUSTIN GLYNN FRENCH, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| IN RE: THIRD PARTY CLAIMS BY: | ) |
| | ) |
| LYNN L. TAVENNER, AS CHAPTER 7 | ) |
| TRUSTEE OF THE ESTATE OF JUSTIN | ) |
| GLYNN FRENCH, and | ) |
| | ) |
| PARAGON COMMERCIAL BANK. | ) |
| | ) |

**UNITED STATES' MOTION TO DISMISS PETITIONS OF BANKRUPTY TRUSTEE AND PARAGON COMMERCIAL BANK FILED IN RESPONSE TO THIRD CONSENT ORDER OF FORFEITURE**

COMES NOW the United States of America, by counsel, and moves to dismiss the Bankruptcy Trustee's Second Verified Petition Pursuant to 21 U.S.C. § 853) (Document 43) and Paragon Commercial Bank's Petition Pursuant to 21 U.S.C. § 853 Relating to Third Forfeiture Order (Document 40). In support of this motion, the United States offers the following:

On May 3, 2011, this Court entered a Third Preliminary Order of Forfeiture (Document 24). On June 23 and June 30, 2011 respectively, Paragon Commercial Bank [Paragon] and the bankruptcy trustee in a related matter filed petitions pursuant to 21 U.S.C. § 853 to assert an interest in the property listed in the Third Preliminary Order of Forfeiture. These petitions make

the same claims to the property listed in the Third Preliminary Order of Forfeiture as were made by the movants with respect to the property listed in the Second Preliminary Order of Forfeiture (Document 18).

On June 2, 2011, the Government moved to dismiss the Trustee's and Paragon's petitions as to the Second Preliminary Order of Forfeiture. (Document 34). The Trustee and Paragon each filed an opposition to the motion to dismiss. (Document 35 - Paragon's Opposition; Document 36 - Trustee's Opposition). Thereafter, the Government filed replies to both responses. (Documents 37 and 38).

The most recent petitions by the Trustee and Paragon simply reassert the same claims and supporting argument to the assets included in the Third Preliminary Order of Forfeiture as were asserted by these two claimants to the assets listed in the Second Preliminary Order of Forfeiture. Thus, the Government's position as to the most recent petitions is identical to its position asserted in the Government's pleadings to these claimants' prior petitions; namely, that the claimants lack standing to assert a claim to the assets being forfeited. As this is purely a legal issue that has been fully briefed by the Government (Documents 34, 37 and 38), the United States hereby incorporates by reference the arguments and evidence[1] previously submitted in support of its prior motion to dismiss the similar claims of the Trustee and Paragon.

WHEREFORE, the Government prays the petitions of the Trustee and Paragon as to the Third Preliminary Order of Forfeiture be dismissed.

---

[1] The only evidence submitted by the Government in connection with its opposition to the original petitions was a declaration by FBI Special Agent Catherine Nowery (Document 37-1).

                Respectfully submitted,

                NEIL A. MACBRIDE
                UNITED STATES ATTORNEY

By:        /s/
                G. Wingate Grant
                Virginia Bar No. 18643
                Laura Colombell Marshall
                Virginia Bar No. 38250
                Assistant United Attorneys
                United States Attorney's Office
                600 East Main Street
                Suite 1800
                Richmond, Virginia 23219
                (804) 819-5400
                (804) 771-2316
                Laura.Marshall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2011, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John K. Honey, Jr., Esq.
William R. Baldwin, III, Esq.
Marchant Thorsen Honey Baldwin
& Meyer LLP
5600 Grove Avenue
Richmond, Virginia 23226-2102
Tel: (804) 285-3888
Fax: (804) 285-7779
billbaldwin@comcast.net

Andrew Biondi, Esq.
Sands Anderson Marks & Miller, P.C.
1111 East Main Street
Suite 2400
P.O. Box 1998
Richmond, Virginia 23219
(804) 648-1636
abiondi@sandsanderson.com

Lynn L. Tavenner, Esq.
Tavenner & Beran PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219
(804) 783-8300
(804) 783-0178
ltavenner@tb-lawfirm.com

Service will be provided this 20th day of July, 2011, by first-class mail, postage prepaid to:

William A. Gray, Esq.
Sands Anderson Marks & Miller PC
801 East Main Street
P.O. Box 1998
Richmond, Virginia 23218-1998

          /s/
Laura Colombell Marshall
Assistant United States Attorney
Virginia Bar Number 38250
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5512
(804) 771-2316
Laura.Marshall@usdoj.gov