IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

              v.            Criminal Action No. 3:11CR17-JAG

JUSTIN GLYNN FRENCH,

              Defendant.

## ORDER

THIS MATTER is before the Court on the government's Motion to Partially Vacate Preliminary Orders of Forfeiture and Brief in Support Thereof (Dk. No. 54) filed August 9, 2011. Upon due consideration, the Court hereby GRANTS the motion. Accordingly, the Court ORDERS that the assets sought to be vacated in the government's motion shall not be forfeited to the government.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                  /s/
                                      John A. Gibney, Jr.
                                      United States District Judge

Date: August 10, 2011
Richmond, VA