IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISON)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 3:11CR017 |
| JUSTIN GLYNN FRENCH | ) |
| | ) |
| Defendant | ) |

**BANKRUPTCY TRUSTEE'S**
**REPORT OF CONTENTS OF STORAGE FACILTY**

Comes now, Lynn L. Tavenner, Esquire, and submits this report (the "Report") in her capacity as Interim Trustee (the "Trustee") appointed in the Chapter 7 bankruptcy case of Justin Glynn French, United States Bankruptcy Court for the Eastern District of Virginia Case No. 11-31954-DOT (the "Bankruptcy Case") on behalf of the creditors of Justin Glynn French ("French and/or the "Debtor").

1.  On or about August 19, 2011, the Trustee and her proposed counsel Paula S. Beran ("Ms. Beran") of the law firm of Tavenner & Beran, PLC, upon permission of this Honorable Court, gained access to a certain storage facility (the "Storage Facility") leased by the Debtor at Broad Street Mini Storage, 3950 Deep Rock Road, Richmond, Virginia 23233.

2.  Upon entry into the Storage Facility, the Trustee and Ms. Beran located bags and boxes of various items.  See Exhibits A through C for pictures of the same.

3.  Upon further examination, the contents of the Storage Facility consisted primarily of the following category of items:  (1) mail addressed to the Debtor and/or what appeared to be related entities, (2) check books and bank account documents for various entities, (3) personal documents, (4) personal items including but not limited to belts, shoes, markers, reading books, magazines, and (5) miscellaneous currency consisting primarily of pennies and nickels (the "Located Property").

3. Given the size and nature of the Located Property, and in an attempt to terminate any potential claim for an administrative expense in the Bankruptcy Case, the Trustee and Ms. Beran loaded the Located Property into the back of counsel's automobile and transported the same to the Trustee's law office at 20 N. 8th Street, Richmond, Virginia 23219. See Exhibit D attached hereto for a picture of the same.

4. The Located Property is currently secured and stored at 20 N. 8th Street, Richmond, Virginia 23219.

Dated: August 24, 2011            Respectfully submitted,

                                               LYNN L. TAVENNER, TRUSTEE

                                               By: */s/ Lynn L. Tavenner*
                                                         Trustee for the Bankruptcy Estate
                                                         Of Justin Glynn French

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

## VERIFICATION

Under penalty of perjury, I Lynn L. Tavenner, as Chapter 7 Trustee, declare that I have read and reviewed the foregoing and verify that the foregoing is true and correct to the best of my knowledge.

                                       */s/ Lynn L. Tavenner*
                                       Lynn L. Tavenner, Chapter 7 Trustee
                                       of the Estate of Justin Glynn French

**CERTIFICATE OF SERVICE**

      I certify that on this the 24th day of August, 2011 the foregoing Bankruptcy Trustee's Report of Content of Storage Facility was sent via email and/or first-class mail, postage prepaid to the following:

John K. Honey, Esq.
William R. Baldwin, Esq.
Marchant, Thorsen, Honey,
   Baldwin, and Meyer, L.L.P.
5600 Grove Avenue
Richmond, Virginia  23226-2102

W. Ashley Burgess
Sands Anderson, P.C.
1111 E. Main Street
Richmond, Virginia  23218

Franklin Federal Savings Bank
Canfield, Baer & Heller, LLP
c/o Robert A. Canfield
2201 Libbie Avenue, Suite 200
Richmond, Virginia  23230

Office of the U.S. Trustee
701 East Broad St., Ste 4304
Richmond, Virginia  23219

G. Wingate Grant
U.S. Attorney's Office
Eastern District of Virginia
Main Street Center
600 East Main St., Suite 1800
Richmond, VA 23219-2441

Laura Colombel Marshall
Assistant United States Attorney
Office of the Attorney General
600 East Main Street
Richmond, VA 23219

Frank F. Rennie, Jr.
1930 Huguenot Road
P.O. Box 35655
Richmond, Virginia  23235

Citizen Bank & Trust Company
c/o Frank F. Rennie, IV, Esq.
CowanGates, PC
1930 Huguenot Road
Richmond, Virginia  23235

Paragon Commercial Bank
Spotts Fain P.C.
P.O. Box 1555
411 E. Franklin St., Ste. 600
Richmond, Virginia  23219

                                                     _/s/ Lynn L. Tavenner_
                                                     Lynn L. Tavenner







Exhibit D

