IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISON)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JUSTIN GLYNN FRENCH, )<br>)<br>Defendant. )<br>_____)<br>)<br>IN RE:  THIRD PARTY CLAIMS BY: )<br>)<br>LYNN L. TAVENNER, AS CHAPTER 7 TRUSTEE )<br>OF THE ESTATE OF JUSTING GLYNN FRENCH, and )<br>)<br>PARAGON COMMERCIAL BANK )<br>_____) | Criminal No. 3:11CR017 |

**PARAGON COMMERCIAL BANK'S REPLY
TO THE UNITED STATES OF AMERICA'S
<u>MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT</u>**

Paragon Commercial Bank ("Paragon"), by counsel, files this Reply to the United States of America's Motion to Dismiss and/or for Summary Judgment and states as follows:

1. Paragon Bank filed two petitions pursuant to 21 U.S.C. § 853(n) (the "Petitions"), raising claims to property acquired by the United States from criminal convict Justin Glynn French ("French"), through its powers of forfeiture.

---
Andrew Biondi, Esquire (VSB No. 48100)
W. Ashley Burgess, Esquire (VSB No. 67998)
C. Thomas Ebel, Esquire (VSB No. 18637)
William A. Gray, Esquire (VSB No. 46911)
Stephen E. Baril, Esquire (VSB No. 19604)
Sands Anderson PC
P.O. Box 1998
1111 E. Main Street, 24th Floor (23219)
Richmond, VA 23218
Phone: (804) 648-1636
Fax: (804) 783-7291
abiondi@sandsanderson.com
aburgess@sandsanderson.com
tebel@sandsanderson.com
bgray@sandsanderson.com
sbaril@sandsanderson.com
  *Counsel for Paragon Commercial Bank*

2. Lynn L. Tavenner, Esquire, interim Trustee for the bankruptcy estate of French, also filed two petitions pursuant to 21 U.S.C. § 853(n) (the "Trustee's Petitions"), asserting the Trustee's interest in the forfeited property on behalf of French's unsecured creditors.

3. In each instance, the United States filed motions to dismiss the Petitions and Trustee's Petitions, in response to which Paragon Bank and the Trustee filed briefs in opposition.

4. On August 10, 2011, Paragon Bank, the United States, and the Trustee appeared before this Court, by counsel, and oral arguments were heard.

5. At the hearing, the Court denied the motions to dismiss and, pursuant to Rule 12(d) converted the motions to motions for summary judgment and afforded Paragon Bank and the Trustee an opportunity to present the Court with written submissions stating any additional facts and argument in opposition to the dismissal of the Petitions and Trustee's Petitions.

6. Paragon Bank hereby notifies the Court and the parties that it has elected not to file additional written opposition to the United States' motions to dismiss its Petitions.

7. Rather, Paragon Bank hereby joins with the Trustee in her additional opposition to the dismissal of the Trustee's Petitions contained in "Bankruptcy Trustee's (I) Response to United States' Motion for Summary Judgment and Request for Additional Guidance from this Court with Respect to her Duties as Trustee," and requests the Court to grant the relief requested therein.

Dated: August 25, 2011

Respectfully submitted,

PARAGON COMMERCIAL BANK,
By Counsel,


 /s/    Andrew Biondi
Andrew Biondi, Esquire (VSB No. 48100)
Stephen E. Baril, Esquire (VSB No. 19604)
W. Ashley Burgess, Esquire (VSB No. 67998)
C. Thomas Ebel, Esquire (VSB No. 18637)
William A. Gray, Esquire (VSB No. 46911)
Sands Anderson PC
P.O. Box 1998
1111 E. Main Street, 24th Floor (23219)
Richmond, VA 23218
Phone: (804) 648-1636
Fax: (804) 783-7291
sbaril@sandsanderson.com
abiondi@sandsanderson.com
aburgess@sandsanderson.com
tebel@sandsanderson.com
bgray@sandsanderson.com
*Counsel for Paragon Commercial Bank*

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this 25th day of August, 2011, a true and correct copy of the foregoing was filed with the Clerk via the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and sent via electronic mail to:

| | |
|---|---|
| William Ray Baldwin, III, Esquire<br>Marchant Thorsen Honey Baldwin & Meyer LLP<br>5600 Grove Ave<br>Richmond, VA 23226-2102<br>Email: billbaldwin@comcast.net<br>   *Counsel for Justin Glynn French* | John Kimpton Honey, Jr., Esquire<br>Marchant Thorsen Honey Baldwin & Meyer LLP<br>5600 Grove Ave<br>Richmond, VA 23226-2102<br>Email: jhoney@mthblaw.com<br>   *Counsel for Justin Glynn French* |
| Michael R. Gill, Esquire<br>United States Attorney's Office (Richmond)<br>600 E Main Street, Suite 1800<br>Richmond, VA 23219<br>Email: mike.gill@usdoj.gov<br>   *Counsel for United States of America* | G. Wingate Grant, Esquire<br>Laura Colombell Marshall, Esquire<br>US Attorney's Office<br>600 E Main Street, 18th Floor<br>Richmond, VA 23219<br>Email: Laura.Marshall@usdoj.gov<br>   *Counsel for United States of America* |

Lynn L. Tavenner, Trustee
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Email: LTavenner@tb-lawfirm.com
   *Chapter 7 Trustee*

                                          /s/    Andrew Biondi